PIONEER SAVINGS & LOAN COMPANY V. MAGGIE A. MOSTERT
ET AL.

FILED NOVEMBER 20, 1901.   No. 10,299.

Foreign Building and Loan Association: AUTHORITY: CONTRACT. A
     foreign building and loan association, having failed to comply
     with the law of this state, is not entitled to enforce a contract
     made within the state.

ERROR from the district court for Gage county. Tried below before LETTON, J. *Affirmed.*

*W. C. LeHane* and *G. D. Emery*, for plaintiff in error.

*E. H. Wooley* and *O. M. Enlow, contra.*

NORVAL, C. J.

The facts in this case are in all material respects identical with those in the case of *Pioneer Savings & Loan Co. v. Eyer,* 62 Nebr., 810, decided herewith. For the reasons stated in the opinion filed therein, the case at bar is

AFFIRMED.